In the Matter of RYAN & CABLE, INC., et al., Respondents, v. MICHAEL J. MONTESANO, JR., et al., Constituting the Zoning Board of Appeals of the City of Buffalo, Appellants. CITY MISSION SOCIETY, INC., Intervenor-Appellant.—

Present — Del Vecchio, J. P., Marsh, Gabrielli, Moule and Henry, JJ.